# PD-1110-15

## IN THE COURT OF APPEALS
### TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

| | | |
|---|---|---|
| JOSEPH FINLEY | § | |
| APPELLANT | § | APPEAL NO.12-14-00005-CR |
| | § | |
| V. | § | TRIAL COURT No.2013-0140 OUT OF |
| | § | ANGELINA COUNTY, TEXAS IN THE |
| STATE OF TEXAS | § | 217th DISTRICT COURT |
| APPELLEE | § | |

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 27 2015
Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS
AUG 27 2015
Abel Acosta, Clerk

## MOTION FOR EXTENSION OF TIME
## TO FILE PETITION FOR DISCRETIONARY REVIEW

COMES NOW...JOSEPH FINLEY,(HEREAFTER "APPELLANT"..)

MOVING AND SHOWING AS FOLLOWS........

I

ON 22 JULY 2015 THIS COURT AFFIRMED THE ILLEGAL CONVICTION OF THIS APPELLANT WITHOUT PROPER JURISDICTION.THE TRIAL RECORDS WERE FOUND TO BE INCOMPLETE.THE WAS. **NO SENTENCING PHASE** ANYWHERE PRESENT IN THE COURT REPORTER'S RECORD. THE COURT TRIED TO FABRICATE A MOCK SENTENCING HEARING...TO GAIN THE MUCH NEEDED JURISDICTION TO BE ABLE TO RULE ON THIS APPEAL. THIS HEARING WAS STAGED OUTSIDE THE PROPER PARAMETERS OF THE TEXAS RULES OF COURT. FURTHER,THE ATTORNEY WHICH THIS COURT APPOINTED FOR THIS APPELLANT WAS NOT THE ONE HE HAD AT TRIAL....AND THE ASSISTANT **DISTRICT ATTORNEY** WAS ALSO NOT THE SAME.

THERE, THE TRIAL COURT JUDGE WAS THE ONLY MEMBER OF THAT ORIGINAL BOLLOCKS/SHAM OF A SENTENCING HEARING.AND BEING THE ONLY WITNESS OF THAT ORIGINAL COURT HEARING...THE APPELLANT TAKES EXCEPTION AND ASSERTS THAT HE WAS ENTITLED TO A NEW TRIAL AT THAT POINT.

II

APPELLANT REQUESTS THAT HE BE GIVEN AN EXTENSION OF TIME IN WHICH TO PERFECT HIS **PETITION FOR DISCRETIONARY REVIEW**....AS THIS APPELLANT IS NOW INCARCERATED...AND IS ONLY ALLOWED LIMITED ACCESS TO THE PRISON'S ONLY UNIT LAW LIBRARY. ALSO...THE APPEALS COURT RELIED ON SOME TWENTY (20) CASE PRECEDENT CITATIONS...WITH ADDITIONAL AUTHOR-ITIES IN ITS MEMORANDUM OPINION.IT WILL TAKE MANY VISITS TO THIS UNIT LAW LIBRARY TO **GET** AND REACH AN UNDERSTANDING OF THE CASE LAW.

(1)

## III

NEXT,THE CERTIFIED LETTER FROM MY APPEALS ATTORNEY...DID NOT REACH MY HANDS UNTIL THE LAST WEEK OF JULY. I ADVISE THIS COURT THAT I HAVE ABSOLUTELY 'ZERO' KNOWLEDGE OF THE LAW...I CANNOT ACCURATELY COMPREHEND/DISCERN LEGAL RULINGS AND CITATIONS  THERE IS VERY LITTLE THAT I CAN ACTUALLY BRIEF AND FILE WITH THE COURT.HOWEVER...I MUST TRY...BECAUSE...MY CONVICTION WAS WORTHY OF BEING OVER-TURNED DUE TO THIS MISSING AND INCOMPLETE RECORD. NO STAGED MOCK-UP CAN COVER THAT MISSING TRIAL PORTION. I AM ILLEGALLY RESTRAINED OF MY LIBERTY.

## IV

APPELLANT WILL NOW MOVE FOR A (120) EXTENSION OF TIME IN WHICH TO PREPARE HIS PETITION FOR DISCRETIONARY REVIEW. AND HE URGENTLY REQUESTS A COPY OF THE ORIGINAL RECORD FROM THE COURT REPORTER ALONG WITH THE TRANSCRIPTS OF THE COVER-UP (MOCK) 'SENTENCING HEARING' FOR RESEARCH AND BRIEFING.THIS APPELLANT IS INDIGENT/INPERCUNIOUS. THE APPLICANT SWEARS UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746 THAT HE IS WITHOUT ANY FUNDS...OWNS NO CONVEYANCES...NOR STOCKS NOR BONDS...NO BANK ACCOUNTS NO REAL ESTATE...ABSOLUTELY NOTHING AT ALL.

APPELLANT ENCLOSES AN INMATE TRUST FUND COMPUTER PRINT-OUT TO CONFIRM HIS INDIGENCY...AND BEGS THIS COURTS INDULGENCE IN PROVIDING THIS MUCH NEEDED TRIAL RECORD(S)/TRANSCRIPTS (IN FULL) SO THAT HE MAY OBTAIN REASONABLE AND FUNDAMENTAL FAIRNESS.

WHEREFORE PREMISES CONSIDERED...THIS APPELLANT ASKS THAT HE BE GRANTED AN EXTENSION OF TIME IN WHICH TO PERFECT HIS PETITION OF DISCRETIONARY REVIEW.

## CERTIFICATE OF SERVICE

BE ADVISED THAT THIS APPELLANT HAS SERVED A CRBON COPY UPON THE STATE OF TEXAS BY MAILING IT TO THE ATTORNEY GENERAL'S OFFICE AT P.O. BOX 12548 CAPITOL STATION AUSTIN,TEXAS 78711 POSTAGE PRE-PAID AND HANDED TO PRISON LAW LIBRARY STAFF.

RESPECTFULLY TENTERED....

*Joseph Finley*

JOSEPH FINLEY PRO SE
W.P. CLEMENTS UNIT
19001267 TDCJ NUMBER
9601 SPUR 591 AMARILLO,TX.
79107